4

## IMPERIAL REFINERIES OF MINNESOTA, INC. *v.* CITY OF ROCHESTER

No. 171.   Decided October 13, 1969

*Marshall S. Snyder* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

## WHEELER *v.* VERMONT

No. 199.   Decided October 13, 1969

*James C. Cleveland* for appellant.

*Jerome R. Hellerstein* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.